In The United States District Court

For The District of Hawaii

Anthony L. Regan,

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 05 2008

at ____ o'clock and __ min ___ M.
SUE BEITIA, CLERK

      Petitioner,

  vs.

STATE OF HAWAII,
et al.,

      Respondents.

Notice of Change
of Address
Effective on
May 5, 2008;
Declaration

CV 08-00166 SOM-BMK

CV 04-00626 ACK-LEK
CV 04-00731 SOM-LEK
CV 05-00068 HG-LEK
CV 06-00066 BMS-LEK
CV 06-00121 DAE-LEK
CV 07-00029 BMS-BMK
CV 07-00101 DAE-KSC

Notice of Change of Address
Effective on May 5, 2008

As of May 5, 2008, the Hawaii
Department of Public Safety alleges
that the Petitioner will be
released from incarcerated status
(custody); accordingly, the petitioner
requests that legal documents
from the court be sent to
the following address after
May 5, 2008:

anthony L. Regan
330 addstine
New Braunfels,
TX.
78130

But because it currently takes about 5 + 8 days for petitioner to receive court docs. from the date they were sent, it may be more practical for the court to start sending court docs. to the new above said address on May 1, 2008.

Declaration

I declare under the penalty of perjury that I've given notice to the attorney General at 425 Queen st of my release date and informed them of my new address on the 5th the same day that I've sent this to the court.

ad Rega

anthony L. Regan
4.27.08