RECEIVED
CLERK U.S. DISTRICT COURT
MAY 05 2008
DISTRICT OF HAWAII

To the Office of the Clerk

Greetings and a very good day to you.

I'm not exactly sure how to present or file a notice for change of address so if there's something more that I should do please inform me, to properly process the notice. Thank you and God Bless.

Humbly,

Anthony L. Regan

4.27.08